Argued and submitted August 5, reversed and remanded August 28, 2002

STATE OF OREGON,
*Respondent,*

*v.*

ROBERT H. SOUDERS,
*Appellant.*

CM98-20713; A112646

52 P3d 1094

Mary Lou Boelcke, Albuquerque, NM, argued the cause for appellant. With her on the briefs was Charles O. Porter.

Kathleen Mary Cegla, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Kistler, Presiding Judge, Deits, Chief Judge, and Brewer, Judge.

PER CURIAM

Reversed and remanded. *State v. Riddell*, 172 Or App 675, 21 P3d 128, *rev den* 332 Or 430 (2001).